IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS SALDANA,

        Petitioner,

  vs.

MARION E. SPEARMAN, Warden,

        Respondent.

No. C 13-02773 YGR (PR)

**JUDGMENT**

The Court has granted Respondent's motion to dismiss for failure to exhaust. A judgment of DISMISSAL WITHOUT PREJUDICE is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: September 24, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.13\Saldana2773.jud.wpd