UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO SALDANA,<br>　　　Petitioner,<br>　v.<br>MARION SPEARMAN, Warden,<br>　　　Respondent. | Case No. 13-cv-02773-YGR (PR)<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S RULE 59(E) MOTION** |

　　　Before the Court is Petitioner's motion to alter judgment under Federal Rules of Civil Procedure 59(e). Dkt. 19. Respondent has not filed a response to Petitioner's Rule 59(e) motion. No later than **fourteen (14) days** from the date of this Order, Respondent shall file a response to Petitioner's Rule 59(e) motion.

　　　IT IS SO ORDERED.

Dated:  June 10, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　United States District Judge